Julius Warner **MARACALIN**, Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5045.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2001.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Richard **LEIDER**, Plaintiff–Appellant,

v.

**UNITED STATES, United States Treasury Department, and Robert E. Rubin, Secretary of the Treasury, Defendants–Appellees.**

No. 01–1097.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2001.

Order Vacated, See 2001 WL 360806.

### ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.